UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>   Petitioner,<br><br> v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | No. 2:22-cv-00141 CKD P<br><br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the execution of his sentence. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Salinas Valley State Prison which is located within the jurisdiction of the United States District Court for the Northern District of California. In the interest of justice, the court will transfer this action to the Northern District. 28 U.S.C. § 1404(a).

/////
/////
/////
/////
/////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that his matter is transferred to
2 | the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d)
3 | Dated:  February 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
trot0141.108a